IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCROSKEY, et al.

     Plaintiffs,

  v.

VAHDANI CONSTRUCTION COMPANY, INC.,

     Defendant.

No. C 03-01019 MJJ

**ORDER TO SHOW CAUSE**

On March 11, 2005, the clerk entered default as to Defendant Vahdani Construction. There have been no proceedings in this case since that time. Plaintiff is hereby **ORDERED** to show cause in writing, by October 14, 2005, why no motion for default judgment has been filed in this case. Failure to respond to this order shall result in the imposition of sanctions, which may include the dismissal of the case.

**IT IS SO ORDERED.**

Dated: September_30_, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE