BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McROSKEY and DANIEL HUFF, in their capacities as Trustees of the FURNITURE AND INDUSTRIAL CARPENTERS HEALTH AND WELFARE TRUST FUND, FURNITURE WORKERS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>VAHDANI CONSTRUCTION CO., INC., A California Corporation,<br><br>Defendant. | No.  C 03-1019 MJJ<br><br>ORDER GRANTING **NOTICE OF DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs ROBERT McROSKEY and DANIEL HUFF, in their capacities as Trustees of the FURNITURE AND INDUSTRIAL CARPENTERS HEALTH AND WELFARE TRUST FUND, FURNITURE WORKERS PENSION TRUST FUND, voluntarily dismiss the above-captioned action *without prejudice*. Said voluntary dismissal without an order of the Court is appropriate,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
(510) 337-1001

NOTICE OF DISMISSAL
Case No. C 03-1019 MJJ

- 2 -

1  since none of the Defendants have filed an answer or summary judgment in this matter.

3  Dated: October 13, 2005

4  WEINBERG, ROGER & ROSENFELD
A Professional Corporation

6  By: /S/
BARRY HINKLE
Attorneys for Plaintiffs

9  3986/399398

11  IT IS SO ORDERED,

13  10/23/2005    U.S. DISTRICT JUDGE

*(signature: Martin J. Jenkins)*

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway,
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

NOTICE OF DISMISSAL
Case No. C 03-1019 MJJ